SHANNAHAN, Appellant, v. EMPIRE EN-GINEERING CORP., Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Edward J. Shannahan, as administrator, etc., of Morris C Shannahan, deceased, against the Empire Engineering Corporation. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 128 App. Div. 934, 113 N. Y. Supp. 1146.

SHELDON, Respondent, v. CHEMUNG CANAL BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Victoria B. Sheldon against the Chemung Canal Bank.
PER CURIAM. Judgment (122 N. Y. Supp. 1057) affirmed, with costs.
KRUSE and ROBSON, JJ., dissent.

In re SHENK REALTY CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) In the matter of the Shenk Realty Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHERMAN, Respondent, v. LEVENGSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by Richard W. Sherman against Harry M. Levengston. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Memorandum by WILLIAMS, J.

SHIELDS, Respondent, v. McNEIL, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by William Shields against Thomas A. McNeil. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SHILLING, Appellant, v. WILLETS, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by George B. Shilling against Andrew J. Willets.
PER CURIAM. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the defendant's agents had the implied authority to make the agreement for the payment of the $35, and that the law implies a promise on defendant's part to repay the sum paid him by mistake.

SIEGELMAN, Respondent, v. WAXMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Yetta Siegelman against Abraham Waxman. C. S. Rosenthal, for appellant. M. Greenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SIMPSON. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) In the matter of the probate of the paper propounded as the last will and testament of Mary Simpson, deceased. No opinion. Motion to dismiss appeal granted, with costs; no merits being shown.

SIMPSON, Appellant, v. HUBBARD et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by William M. Simpson against Walger C. Hubbard and others. J. W. Boothby, for appellant. J. R. Abney, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SIMPSON, Appellant, v. SPRINGS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by William M. Simpson against Richard A. Springs and others. J. W. Boothby, for appellant. J. R. Abney, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SINNOTT. (Supreme Court, Appellate Division, First Department. November 2, 1910.) In the matter of Nicholas P. Sinnott. No opinion. Order affirmed. Order filed.

SISTITO, Appellant, v. TROTTA, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Rosa Sistito against Pasquale Trotta. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 124 N. Y. Supp. 1130.

SKOLNY et al. v. RICHTER. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Joseph Skolny and others against Max Richter. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 App. Div. 534, 124 N. Y. Supp. 152.

SLADE et al., Respondents, v. OPPENHEIMER, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Howard Slade and others against Leo Oppenheimer, as trustee, etc. R. P. Lewis, for appellant. C. L. Craig, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SLOBOZAN v. NEW YORK TRANSP. CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Timou Slobozan against the New York Transportation Company. No opinion. Motion denied, with $10 costs. Order filed.

SMITH et al. v. HOELZLE et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by George C. Smith and others against Mary L. Hoelzle, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

SMITH, Respondent, v. HOWE, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by